1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MALIBU MEDIA, LLC, | No.  1:16-cv-00231-AWI-SKO |
| 12              Plaintiff, | |
| 13       v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| 14  JOHN DOE subscriber assigned IP address 50.245.166.129, | (Doc. No. 14) |
| 15              Defendant. | |
| 16 | |

17

18         On February 17, 2016, Plaintiff Malibu Media, LLC filed the complaint in this matter.

19  (Doc. 1.)  No answer or motion for summary judgment has been filed.  On September 1, 2016,

20  Plaintiff filed a notice of voluntary dismissal of this action without prejudice pursuant to Federal

21  Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. 14.)  According to Federal Rule of Civil Procedure

22  41(a)(1)(B), such notice operates as a dismissal without prejudice.

23         Based on Plaintiff's notice, this action is dismissed without prejudice. The Clerk of the

24  Court is respectfully directed to close this case.

25

26  IT IS SO ORDERED.

27  Dated:  __December 28, 2016__              _____ /s/ *Sheila K. Oberto* _____

28                                            UNITED STATES MAGISTRATE JUDGE